E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER S. GORIN (Cal. Bar No. 326235)
ALEXANDER H. TRAN (Cal. Bar No. 338940)
Assistant United States Attorneys
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3190/0758
     Facsimile: (213) 894-0141
     Email:    alexander.gorin@usdoj.gov
               alexander.tran@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-00386-AB |
|---|---|
| Plaintiff, | GOVERNMENT'S AMENDED EXHIBIT LIST |
| v. | Trial Date: Sept. 3, 2024 |
| CHRISTOPHER SOTO, | Trial Time: 8:30 a.m. |
| Defendant. | Location: Courtroom of the Hon. André Birotte Jr. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Alexander S. Gorin and Alexander H. Tran, hereby submit the government's Exhibit List.

//
//
//
//
//
//

The government reserves the right to supplement its exhibit list, and to offer unlisted exhibits for purposes of cross-examination, impeachment, or rebuttal, and to refresh witnesses' recollection with documents not on this list.

Dated: September 4, 2024              Respectfully submitted,

                                         E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


/s/
ALEXANDER S. GORIN
ALEXANDER H. TRAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**EXHIBIT LIST**
<u>United States v. Christopher Soto</u>, 22-00386-AB

| Exhibit No. | Description | Stip. To Authen. | Stip. To Admit | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| *Physical Evidence & Accompanying Photographs* | | | | | |
| 1. | Black Smith and Wesson Revolver, bearing serial number K977021 | | | | |
| 1A. | Photograph of Black Smith and Wesson Revolver, bearing serial number K977021 | | | | |
| 2. | Glock, Model 17, semi-automatic 9mm Luger caliber pistol, bearing serial number AEN070US and ammunition | | | | |
| 2A. | Photograph of Seized Glock, Model 17, semi-automatic 9mm Luger caliber pistol, bearing serial number AEN070US | | | | |
| 3. | Five rounds of .38 caliber ammunition seized on June 7, 2022 | | | | |
| 3A. | Photograph of five rounds of .38 Caliber ammunition seized on June 7, 2022 | | | | |
| 4. | Twenty-four rounds of 9mm caliber ammunition seized on June 7, 2022 | | | | |
| 4A. | Photograph of twenty-four rounds of 9mm caliber ammunition seized on June 7, 2022 | | | | |
| 5. | Black P80 semi-automatic 9mm pistol with corresponding 17 round magazine | | | | |
| 5A. | Photograph of Black P80 semi-automatic 9mm pistol | | | | |

|  | | | | | |
|---|---|---|---|---|---|
|  | with corresponding 17 round magazine | | | | |
| 6. | Reserved | | | | |
| 7. | Reserved | | | | |
| 8. | Reserved | | | | |
| 9. | Reserved | | | | |
|  | *Photographs, Audio, and Videos* | | | | |
| 10. | Photograph of defendant's Healthnet Insurance Card | | | | |
| 11. | Photograph of narcotics found on defendant | | | | |
| 12. | Photograph of narcotics found in vehicle | | | | |
| 13. | Photograph of envelope containing cash and gun in vehicle | | | | |
| 14. | Still photo of Black "Apres" case with plastic bindle, P80, and cash envelope | | | | |
| 15. | Still photo of Glock, Model 17 under floorboard | | | | |
| 16. | Still photo of defendant's ProHealth Form in glove box | | | | |
| 17. | Still photo of men's clothing in vehicle | | | | |
| 18. | Still photo of men's razor in vehicle | | | | |
| 19. | Still photo of men's deodorant and razor from motel room | | | | |
| 20. | Body worn camera footage of LASD Deputy Anthony Reed titled "Reed_BC_initial" | | | | |
| 21. | Body worn camera footage of LASD Deputy Anthony Reed, titled "Reed_BC_Search_Warrant" | | | | |
| 22. | Body worn camera footage of LASD Deputy Greg Nickell titled "Vehicle_Search" | | | | |
| 23. | Body worn camera footage of LASD Detective Stephen Valenzuela titled | | | | |

|     |                                                                                |   |   |   |   |
|-----|--------------------------------------------------------------------------------|---|---|---|---|
|     | "Search_Warrant_Knight's_Inn_#235-3"                                           |   |   |   |   |
| 24. | Still photo of black case in car                                               |   |   |   |   |
| 25. | Still photo of revolver in motel room                                          |   |   |   |   |
| 26. | Photograph of defendant's Prohealth document found in vehicle                  |   |   |   |   |
| 27. | Photograph of all three firearms, drugs, and currency                          |   |   |   |   |
| 28. | Photograph of Glock Model 17 with loaded extended magazine                     |   |   |   |   |
| 29. | Reserved                                                                       |   |   |   |   |
|     | ***Documents and Reports***                                                    |   |   |   |   |
| 30. | LASD Incident Report dated June 7, 2022                                        |   |   |   |   |
| 31. | Search Warrant and Affidavit, No. NW22500494                                   |   |   |   |   |
| 32. | LASD Biological Evidence and DNA Examination Report, dated July 26, 2022       |   |   |   |   |
| 33. | Chain of Custody Form                                                          |   |   |   |   |
| 34. | Reserved                                                                       |   |   |   |   |
| 35. | Expert Disclosure - Louie                                                      |   |   |   |   |
| 36. | FBI FD-302 Report Describing Nexus Analysis dated August 5, 2022               |   |   |   |   |
| 37. | Certified conviction records for People v. Soto, LASC Case Number LA080667     |   |   |   |   |
| 38. | Certified conviction records for People v. Soto, LASC Case Number LA082837     |   |   |   |   |
| 39. | Ballard Expert Disclosure                                                      |   |   |   |   |
| 40. | Ballard CV                                                                     |   |   |   |   |
| 41. | Ballard DNA Opinion                                                            |   |   |   |   |
| 42. | Ballard DNA Results Summary                                                    |   |   |   |   |
| 43. | K.S. Visitation Activity Report                                                |   |   |   |   |
| 44. | K.S. Inmate Visitation History                                                 |   |   |   |   |
| 45. | K.S. Arrest Report on August 2, 2022                                           |   |   |   |   |

| # | Description | | | | |
|---|---|---|---|---|---|
| 46. | Trial Stipulation #1 | | | | |
| 47. | Trial Stipulation #2 | | | | |
| 48. | Reserved | | | | |
| 49. | Reserved | | | | |
| 50. | Photograph of Evidence Booking Bags | | | | |
| 51. | Photograph of Buccal Swab Envelope (Front) | | | | |
| 52. | Photograph of Buccal Swab | | | | |
| 53. | Photograph of Buccal Swab Envelope (Rear) | | | | |
| 54. | Reserved | | | | |
| 55. | Reserved | | | | |
| 56. | Reserved | | | | |
| 57. | Reserved | | | | |
| 58. | Reserved | | | | |
| 59. | Reserved | | | | |
| 60. | Reserved | | | | |
| 61. | Reserved | | | | |
| 62. | Reserved | | | | |
| 63. | Reserved | | | | |
| 64. | Reserved | | | | |
| 65. | Reserved | | | | |
| 66. | Reserved | | | | |
| 67. | Reserved | | | | |
| 68. | Reserved | | | | |
| 69. | Reserved | | | | |
| 70. | Reserved | | | | |
| 71. | Reserved | | | | |
| 72. | Reserved | | | | |
| 73. | Reserved | | | | |
| 74. | Reserved | | | | |
| 75. | Reserved | | | | |
| 76. | Reserved | | | | |
| 77. | Reserved | | | | |
| 78. | Reserved | | | | |
| 79. | Reserved | | | | |
| 80. | Reserved | | | | |
| 81. | Reserved | | | | |
| 82. | Reserved | | | | |