# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:22-cr-00386-AB-1 |
| Date | September 3, 2024 |
| Present: The Honorable | Andre Birotte Jr |
| Interpreter | N/A |

| Daniel Tamayo | April Lassiter-Benson | Alexander H. Tran / Alexander Seth Gorin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Christopher Soto | X | X | | Robert Kim Schwarz, CJA | X | X | |

____ Day COURT TRIAL    1st Day JURY TRIAL    ____ Death Penalty Phase

____ One day trial;  X Begun (1st day);  X Held & continued;  ____ Completed by jury verdict/submitted to court.

X The Jury is impaneled and sworn.

____ Opening statements made by _____

____ Witnesses called, sworn and testified.

____ Exhibits identified       ____ Exhibits admitted

____ Government rests.    Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury    ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused    ____ Jury retires to deliberate    ____ Jury resumes deliberations

____ Finding by Court as follows:

| | | |
|---|---|---|
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

____ Jury polled        ____ Polling waived

____ Filed Witness & Exhibit lists  ____ Filed Jury notes  ____ Filed Jury Instructions  ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.  ____ Remand/Release# _____ issd.  ____ Dft # ____ released from custody.

____ Bond exonerated as to Dft # _____

X Case continued to September 4, 2024 at 9:30 am for further trial/further jury deliberation.

X Other: For the reasons stated on the record, the Court finds the following:
Government's Motion [61] is DENIED.
Government's Motion [62] is DENIED without Prejudice
Government's Motion [75] is DENIED.

xUSM  x USPPO

                                                                    5 : 30

Initials of Deputy Clerk  DTA