1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   ALEXANDER S. GORIN (Cal. Bar No. 326235)
4  ALEXANDER H. TRAN (Cal. Bar No. 338940)
   Assistant United States Attorneys
5  General Crimes Section
        1200 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-3190/0758
        Facsimile: (213) 894-0141
8       Email:     alexander.gorin@usdoj.gov
                   alexander.tran@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                  UNITED STATES DISTRICT COURT

12            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,          No. 2:22-cr-00386-AB

14          Plaintiff,                GOVERNMENT'S OPPOSITION TO
                                      DEFENDANT CHRISTOPHER SOTO'S EX
15          v.                        PARTE APPLICATION FOR ORDER
                                      ALLOWING PRESENTATION OF
16 CHRISTOPHER SOTO,                  VIDEO

17          Defendant.               Trial Date:   Dec. 9, 2024
                                     Hearing Time: 8:30 am
18                                   Location:     Courtroom of the
                                                   Hon. André Birotte
19                                                 Jr.

20

21       Plaintiff United States of America, by and through its counsel

22 of record, the United States Attorney for the Central District of

23 California and Assistant United States Attorneys Alexander H. Tran

24 and Alexander S. Gorin, hereby submit its Opposition to Defendant

25 Christopher Soto's Ex Parte Application For an Order Allowing a

26 Presentation of a Video from the Western District of Washington.

27 (ECF No. 144.)  The government requests that this Court deny

28 defendant's application.

1    This Opposition is based upon the attached memorandum of points

2  and authorities, the files and records in this case, and such further

3  evidence and argument as the Court may permit.

4   Dated: 12/7/2024                    Respectfully submitted,

5                                       E. MARTIN ESTRADA
                                        United States Attorney
6
                                        MACK E. JENKINS
7                                       Assistant United States Attorney
                                        Chief, Criminal Division
8

9                                          /s/
                                        ALEXANDER S. GORIN
10                                      ALEXANDER H. TRAN
                                        Assistant United States Attorneys
11
                                        Attorneys for Plaintiff
12                                      UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    <u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

2    **I.    INTRODUCTION**

3        On December 6, 2024, one business day before the start of trial,

4    defendant Christopher Soto filed an <u>ex parte</u> application seeking an

5    Order from the Court to play an 11-minute video from the Western

6    District of Washington (WDWA) that is alleged to describe the concept

7    of unconscious bias at his trial on December 9, 2024.[1]  (ECF No.

8    144.)  The Court should deny this application because the video is

9    unnecessary, confusing, and needlessly cumulative of the Ninth

10   Circuit Model Jury Instructions which address and describe -- in

11   plain English -- to the jury the concept of unconscious biases.  For

12   the reasons set forth herein, the government requests that this Court

13   deny defendant's request play the video from the WDWA.

14   **II.    THE COURT SHOULD NOT PLAY THE 11-MINUTE WDWA VIDEO**

15       Defendant's proposed video is confusing, unnecessary, and

16   cumulative of the Model Instructions.  For example, Model Instruction

17   No. 1.1 (Duty of Jury) states, in relevant part:

18               Perform these duties fairly and impartially. You
             should not be influenced by any person's race,
19           color, religious beliefs, national ancestry,
             sexual orientation, gender identity, gender, or
20           economic circumstances. Also, do not allow
             yourself to be influenced by personal likes or
21           dislikes, sympathy, prejudice, fear, public
             opinion, or biases, including unconscious biases.
22           Unconscious biases are stereotypes, attitudes, or
             preferences that people may consciously reject but
23           may be expressed without conscious awareness,
             control, or intention. Like conscious bias,
24

25

26

27       [1] Defense counsel did not notify the government that he intended
     to file an <u>ex parte</u> application and did not request the government's
28   position on any forthcoming application.  (<u>See</u> Declaration of
     Alexander H. Tran ¶ 3.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

> unconscious bias can affect how we evaluate information and make decisions.

Likewise, Model Instruction No. 6.1 (Duties of the Jury to Find Facts and Follow Law) states, in relevant part:

> You must decide the case solely on the evidence and the law. You will recall that you took an oath promising to do so at the beginning of the case. You should also not be influenced by any person's race, color, religious beliefs, national ancestry, sexual orientation, gender identity, gender, or economic circumstances. Also, do not allow yourself to be influenced by personal likes or dislikes, sympathy, prejudice, fear, public opinion, or biases, including unconscious biases. Unconscious biases are stereotypes, attitudes, or preferences that people may consciously reject but may be expressed without conscious awareness, control, or intention.

Model Instruction Nos. 1.1 and 6.1 clearly, accurately, and concisely state the law in this Circuit. The instructions are clear and there is nothing confusing about them, nor do they omit any relevant aspect of the law. Defendant's 11-minute proposed video is duplicative and goes far beyond the approved Model Instructions. Thus, it will mislead and confuse the jury. Although the commentary to the Model Jury Instructions may refer to the WDWA video, as an example, this Court is not bound by the commentary, and is not required to play the video. Indeed, a court in this district recently denied a defendant's request to play the same video. See United States v. Fletes, No. 2:23-cr-556-MEMF, ECF No. 53 ("Request at Page 12 (WDWA video): DENIED.").[2] This Court should reach the

---

[2] Defendant notes that another court in this district recently approved of the WDWA video as well. The government submits, respectfully, that this point is not dispositive in any way.

2

1  same conclusion here because the video is unnecessary, cumulative,

2  and will confuse the jury.

3  **III. CONCLUSION**

4      For the foregoing reasons, the government respectfully requests

5  that the Court deny defendant's <u>ex</u> <u>parte</u> application.

3

**DECLARATION OF ALEXANDER H. TRAN**

I, Alexander H. Tran, declare as follows:

    1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am one of the attorneys representing the government in this case.

    2.    On December 5, 2024 at 11:38 a.m., defense counsel for defendant Christopher Soto sent an email to the government with the subject line "WDWA Implicit Bias Video", containing one sentence: "This linked video was approved to be played in Judge Gee's court on 12/02."

    3.    In his email, defense counsel did not advise the government "of the date and substance of the proposed ex parte application" and did not request the government's position on any forthcoming ex parte application.  See C.D. Cal. L.R. 7-19.

    4.    The government learned of defendant's ex parte application and his request to play the WDWA video when his application was filed on December 6, 2024 at 4:00 p.m.  (ECF No. 144.)

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 7, 2024.

/s/
ALEXANDER H. TRAN

4